FILED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alma Lidia MARTINEZ-Bernal Defendant. | Magistrate Case No.: '07 MJ 8864<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about October 19, 2007, within the Southern District of California, defendant Alma Lidia MARTINEZ-Bernal did knowingly and intentionally import approximately 43.52 kilograms (95.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Jose Morquecho, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND DAY OF OCTOBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On October 19, 2007 at approximately 1300 hours, Alma Lidia MARTINEZ entered the United States at the Calexico, California, East Port of Entry. MARTINEZ was the driver of 2001 Chevrolet S-10. MARTINEZ gave Primary Officer Chong a negative oral customs declaration. MARTINEZ stated that the vehicle belonged to her husband, but when asked to produce a vehicle registration, MARTINEZ stated that the vehicle belonged to her, as she retrieved the vehicle registration from the glove box. MARTINEZ told Officer Chong that she was going to Wal-Mart. Officer Chong escorted the vehicle to the secondary inspection lot for further inspection. Officer Chong requested Canine Enforcement Officer Pyburn conduct a sweep of the vehicle. CEO Pyburn noticed that his assigned Narcotic Detector Dog was alerting the vehicle. A subsequent inspection of the vehicle revealed 38 packages in the dashboard and spare tire of the vehicle. Officer Chong probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 38 packages had a combined net weight of approximately 43.52 kilograms (95.74 pounds).

MARTINEZ was placed under arrest and advised of her Constitutional Rights, which she acknowledged and waived. MARTINEZ said that a friend of hers owned the vehicle. MARTINEZ said that the man was not a friend but that she knew him and that his name was Leo or Jorge. MARTINEZ said that she met the man at a dance on October 13, 2007. MARTINEZ said that the man offered her a job of driving an unknown woman into the United States for doctor's appointments. MARTINEZ said that she was driving the vehicle today to get used to it before driving the unknown woman around. MARTINEZ said that she was going to Toy R Us to exchange an outfit and return home. MARTINEZ was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.

Executed on October 19, 2007 (date) at 1831 (hours).

[signature]

Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 10/19/07 in violation of Title 21, United States Code, Section(s) 952+960.

[signature]
United States Magistrate Judge

10/19/07 at 9pm
Date/Time