AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALMA LIDIA MARTINEZ-BERNAL

**APPEARANCE**

Case Number: 07MJ8864

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALMA LIDIA MARTINEZ-BERNAL

I certify that I am admitted to practice in this court.

10/30/2007
Date

/s/ JOSEPH McMULLEN
Signature

Joseph McMullen / Federal Defenders of SD — 246757
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 30, 2007

*/s/ Joseph McMullen*

JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Joseph_McMullen@fd.org