FILED

07 OCT 31 PM 4:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 2978 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALMA LIDIA MARTINEZ-BERNAL, Defendant. | Criminal Case No. ____________ **I N D I C T M E N T** Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about October 19, 2007, within the Southern District of California, defendant ALMA LIDIA MARTINEZ-BERNAL did knowingly and intentionally import approximately 43.52 kilograms (approximately 95.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

ABC:nlv:Imperial
10/30/07

Count 2

On or about October 19, 2007, within the Southern District of California, defendant ALMA LIDIA MARTINEZ-BERNAL did knowingly and intentionally possess, with intent to distribute, approximately 43.52 kilograms (approximately 95.74 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 31, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
AARON B. CLARK
Assistant U.S. Attorney