**JOSEPH M. McMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Joseph_McMullen@fd.org

Attorneys for Ms. Martinez-Bernal

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALMA LIDIA MARTINEZ-BERNAL,<br><br>Defendant. | CASE NO. 07CR2978-BTM<br><br>DATE: January 11, 2008<br>TIME: 3:00 p.m.<br><br>DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO:<br><br>(1) EXCLUDE MEXICAN AUTOMOBILE REGISTRATION;<br>(2) ADMIT EXCULPATORY STATEMENTS;<br>(3) PRECLUDE DRUG VALUE EVIDENCE;<br>(4) PRECLUDE FRE 404(B) AND 609 EVIDENCE;<br>(5) EXCLUDE NARCOTICS FROM THE COURTROOM;<br>(6) PRECLUDE AGENTS FROM TESTIFYING ABOUT "TERRORISM;"<br>(7) COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS;<br>(8) ORDER PRODUCTION OF ANY SUPPLEMENTAL REPORTS;<br>(9) PROVIDE A SEPARATE COPY OF JURY INSTRUCTIONS TO EACH JUROR;<br>(10) ALLOW ATTORNEY-CONDUCTED VOIR DIRE; AND<br>(11) EXCLUDE THE INDICTMENT FROM THE JURY ROOM. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CHRISTOPHER M. ALEXANDER , ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on January 11, 2008 at 3:00 p.m., or as soon thereafter as counsel may be heard, Ms. Martinez-Bernal, by and through her attorneys, Joseph M. McMullen and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions *in limine*.

**MOTIONS**

Ms. Martinez-Bernal, by and through her attorneys, Joseph M. McMullen and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) exclude Mexican automobile registration;

(2) admit exculpatory statements;

(3) preclude drug value evidence;

(4) preclude FRE 404(b) and 609 evidence;

(5) exclude narcotics from the courtroom;

(6) preclude agents from testifying about "terrorism;"

(7) compel production of grand jury transcripts;

(8) order production of any supplemental reports;

(9) provide a separate copy of jury instructions to each juror;

(10) allow attorney-conducted voir dire; and

(11) exclude the indictment from the jury room.

These motions are based upon the instant motions *in limine* and notice of motions *in limine*, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 5, 2008

*/s/ Joseph M. McMullen*

JOSEPH M. McMULLEN
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Martinez-Bernal
Joseph_McMullen@fd.org