**JOSEPH M. McMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Martinez-Bernal

FILED
JAN 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

***EX PARTE***

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALMA LIDIA MARTINEZ-BERNAL<br>Defendant. | CASE NO. 07CR2978-BTM<br>Date: January 14, 2008<br>Time: 9:00 a.m.<br>EX PARTE APPLICATION FOR AN ORDER AUTHORIZING DEFENSE TO BRING COMPUTER EQUIPMENT TO COURTROOM |

Defense counsel anticipates using the electronic equipment during trial due to the nature of some of the discovery. Therefore, counsel requests the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment.

Respectfully submitted,

Date: January 11, 2008

JOSEPH M. McMULLEN
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Martinez-Bernal