FILED
JAN 11 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALMA LIDIA MARTINEZ-BERNAL<br>Defendant. | Criminal No. 07CR2978-BTM<br><br>**ORDER ADMITTING COMPUTER EQUIPMENT INTO COURTROOM** |

**IT IS HEREBY ORDERED** that counsel for Ms. Martinez-Bernal, or employees of the Federal Defenders of San Diego, Inc., may bring computer equipment into Courtroom 15 for trial in the above-captioned case.

Dated: 1-11-08

**HON. BARRY TED MOSKOWITZ**
United States District Judge