FILED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**JOSEPH M. McMULLEN**
California State Bar No. 246757
**JASON I. SER**
California State Bar No. 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Joseph.McMullen@fd.org
Jason.Ser@fd.org

Attorneys for Ms. Martinez-Bernal

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALMA LIDIA MARTINEZ-BERNAL,<br>Defendant. | Case No. 07CR2978-BTM<br>Date: January 14, 2008<br>Time: 9:00 a.m.<br>**ATTORNEY-CONDUCTED VOIR DIRE** |

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the defendant, Alma Lidia Martinez-Bernal, by and through counsel, Joseph M. McMullen, Jason I. Ser, and Federal Defenders of San Diego, Inc., submits these subjects of questioning for the requested attorney-conducted voir dire.

//

//

//

//

# PROPOSED VOIR DIRE QUESTIONS

## PRESUMPTION OF INNOCENCE

1. What does the term "presumption of innocence" mean to you? Why do you think our system uses a presumption of innocence?

## REASONABLE DOUBT/BURDEN OF PROOF

1. The burden of proof is greater for a criminal case than for a civil case and that the government must prove each element of each charged offense beyond a reasonable doubt. That is, proof that leaves you firmly convinced that someone did what they are accused of. Does anyone here believe they could not apply this high standard in this criminal case?

2. If the prosecution put on its case and we, the defense, did nothing, i.e., we did not question any government witnesses or put on any evidence of our own, is there anyone here who would not be able to vote not guilty? In other words, is there anyone here who would have to hear from both sides in order to judge Ms. Martinez not guilty?

3. Do you understand that it is not Ms. Martinez's burden to prove that she did not do what she is accused of, but rather, the government must prove to you that she did? Is there anyone who would expect the defense to put on a case or produce some evidence before they could vote not guilty?

## FIFTH AMENDMENT RIGHT NOT TO TESTIFY

1. Do you understand that Ms. Martinez has an absolute right under the Fifth Amendment of the Constitution not to testify?

2. Is there anyone here who feels that they would be more likely to return a guilty verdict if the accused chooses not to testify?

## DECISION-MAKING

1. Does anyone here, in their professional life, have to make important decisions that affect other people's lives, such as hiring or letting go employees on a regular basis? How do you make those determinations? Are they easy or difficult for you?

//

//

**PERSONAL EXPERIENCE**

1. Have any of you ever been accused of something you did not do (not necessarily something criminal)? Or have you known someone in this situation? How did that make you or them feel?

2. How did you show that you were falsely accused?

**DRUGS**

1. Ms. Martinez-Bernal is accused of offenses involving marijuana. Many people have strong feelings about drug use or drug laws. Do any of you have particularly strong feelings about drugs? Do any of you have such strong feelings about drugs that these feelings might keep you from being a fair and impartial juror?

2. Have any of you, or someone close to you, worked or had experience in treating or counseling drug users or their families? Will you be able to separate your personal experiences from the facts of this case and hold the government to its burden to prove this case beyond a reasonable doubt?

3. Have any of you, or someone close to you, personally experienced the effects of drug use, for example, through a family member or co-worker's struggle with addiction? Will you be able to separate your personal experiences from the facts of this case and hold the government to its burden to prove this case beyond a reasonable doubt?

**BORDER**

1. Does anyone here believe that every person who is caught at the border in a car carrying drugs must be held responsible for the drugs? Under what circumstances do you believe that someone should be held responsible? Under what circumstances do you believe someone should not be held responsible?

2. Do you believe that anyone who is driving a car containing a large quantity of narcotics had to know? Before you hear any evidence in this case, will that thought occur to you? Will you be able to set aside your personal feelings regarding this issue and follow the judge's instructions in this case?

//

**LAW ENFORCEMENT**

1. Many of the government's witnesses will likely be law enforcement personnel. Will any of you have trouble evaluating those witnesses' testimony the same as all other witnesses? Is there anyone who would tend to give more weight—however slight—to the testimony of law enforcement witnesses simply because they are law enforcement personnel?

2. It is my job on behalf of Ms. Martinez-Bernal to ask tough questions of the witnesses in this case, even those witnesses who are law enforcement officers. When it is appropriate, it is my job to challenge the prosecutor's evidence. Is anyone going to hold it against Ms. Martinez-Bernal when I or Mr. Ser ask these tough questions?

Respectfully submitted,

DATE: January 14, 2008

JOSEPH M. McMULLEN
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Martinez-Bernal
Joseph_McMullen@fd.org