**JOSEPH M. McMULLEN**
California State Bar No. 246757
**JASON I. SER**
California State Bar No. 201816
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-MAIL: Joseph_McMullen@fd.org

Attorneys for Defendant Ms. Martinez-Bernal

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALMA LIDIA MARTINEZ-BERNAL,<br>Defendant. | CASE NO. 07CR2978-BTM<br><br>DEFENDANT'S PROPOSED<br>SUPPLEMENTAL JURY INSTRUCTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY,
CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

Alma Lidia Martinez-Bernal, by and through her counsel, Joseph M. McMullen, Jason I. Ser, and Federal Defenders of San Diego, Inc., pursuant to Federal Rule of Criminal Procedure 30, requests that the Court instruct the jury on the law as set forth herein.

Respectfully submitted,

Dated: January 15, 2008

**JOSEPH M. McMULLEN**
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Alma Lidia Martinez-Bernal

COURT'S INSTRUCTION NO. _______

DEFENDANT'S PROPOSED INSTRUCTION NO. __1__

Ms. Martinez-Bernal's theory of the case is that she did not know that there was marijuana hidden in the Chevrolet S-10 pickup truck. It is Ms. Martinez-Bernal's contention that she was used as an unknowing driver by a man she had recently met at a dance. Evidence of a third party's guilt may create reasonable doubt. If after considering the facts and circumstances and other evidence presented in this case, you are left with a reasonable doubt whether Ms. Martinez-Bernal knew there was marijuana in the vehicle, you must render a verdict of not guilty as to both counts.

United States v. Vallejo, 237 F.3d 1008 (9th Cir. 2001)(Discussing relevancy of third party culpability as a defense); United States v. Tsinnijinnie, 601 F.2d 1035, 1040 (9th Cir. 1979)("A defendant is entitled to an instruction on the theory of his case"). United States v. Dees, 34 F.3d 838, 842 (9th Cir. 1994) (quoting United States v. Mason, 902 F.2d 1434, 1438 (9th Cir. 1990)); United States v. Zuniga, 6 F.3d 569, 570 (9th Cir. 1993); United States v. McGeshick, 41 F.3d 419 (9th Cir. 1994).

GIVEN _______

GIVEN AS MODIFIED _______

REFUSED _______