**KASHA K. POLLREISZ**
California Bar No. 204148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467 ext. 3701

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALMA LIDIA MARTINEZ-BERNAL<br>Defendant. | U.S.D.C. No. 07CR2978-BTM<br><br>Date: January 15, 2008<br>Time: 9:00 a.m.<br><br>DECLARATION OF KASHA K. POLLREISZ IN SUPPORT OF MOTION |

I, KASHA K. POLLREISZ, declare:

1. I am a supervising attorney at Federal Defenders of San Diego. I worked with Federal Defenders for approximately seven years.
2. I have had several felony federal trials in the Southern District of California.
3. On several occasions I have had to parole witnesses in to the United States from Mexico. Generally, the paroled witnesses were not escorted to court by a federal agent. Rather, a Federal Defender investigator was allowed to pick them up at the port of entry or other family members with Visas were allowed to pick up the paroled witness.
4. In April of 2007, I tried the case United States v. Siciaros-Zatarain, 07cr0277-JTM. In that

//

//

case, there were witnesses from Mexico paroled into the United States in order to testify for the defense. They entered into the United States at the Calexico, California, port of entry.

5. These witnesses were allowed to travel to the courthouse without a federal agent escort.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: January 15, 2008

KASHA K. POLLREISZ