**JOSEPH MCMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Ms. Martinez

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE BARRY T. MOSKOWITZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALMA LIDIA MARTINEZ-BERNAL Defendant. | Case No. 07CR2978-BTM<br>Date: January 15, 2008<br>Time: 1:00 p.m.<br>DECLARATION OF MS. AMBER BAYLOR |

I, Amber Baylor, declare under penalty of perjury:

1. I am an attorney at Federal Defenders of San Diego.
2. I represented Miguel Aguiniga, case no. 07CR0850-BTM, in a trial in the Southern District of California.
3. During the trial we paroled in a witness.
4. The witness' name was Claudia Mendez.
5. Her parole was approved by Assistant United States Attorney Jonathan Shapiro.
6. Aaron Rodebaugh, an investigator from our office, brought Ms. Mendez from the border to a hotel in downtown San Diego on September 17, 2007.
7. Other than her application for entry on parole, Ms. Mendez was never in contact with government agents.

8. Ms. Mendez was never shackled or handcuffed during her stay on parole for the trial.

9. Ms. Mendez was in the United States on parole for two days.

10. She left here and returned with Mr. Rodebaugh to the United States/Mexico border on September 19, 2007.

11. The Court signed a voucher to reimburse the defense for the witness' travel expenses.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 1/15/08

AMBER BAYLOR