**JOSEPH MCMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Ms. Martinez

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALMA LIDIA MARTINEZ-BERNAL<br>Defendant. | Case No. 07CR2978-BTM<br><br>Date: January 15, 2008<br>Time: 1:00 p.m.<br><br>DECLARATION OF<br>MS. MICHELLE BETANCOURT |

I, Michelle Betancourt, declare under penalty of perjury:

1. I am an attorney at Federal Defenders of San Diego.
2. I represented Mr. Ricardo Padilla-Aramburo, Case No. 07CR1252-WQH, in a case in the Southern District of California.
3. In preparation for trial, I worked with Mr. Christopher Tenorio to parole in witnesses.
4. The witnesses' name were Juliana Aramburo Hernandez, Magdalena Astroga-Pacheco and Dulce Reyes-Pacheco.
5. I received the attached communication from Mr. Tenorio requesting, among other things, the contact information for the person from our office who would be responsible for the witness while the witness was paroled in the United States.

6. Although the case settled prior to trial, I believe the paroles were approved for trial.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 1/15/08.

MICHELLE BETANCOURT

"Tenorio, Christopher \(USACAS\)" <Christopher.Tenorio@usdoj.gov>

08/01/2007 04:48 PM

To "Michelle Betancourt" <Michelle_Betancourt@fd.org>

cc

bcc

Subject Parole information

History: This message has been forwarded.

Michelle,

I have found that the following delineates the information we need to parole witnesses:

DHS requires the following additional information in order to process the parole requests: (1) photos of the witnesses, (2) an address where they will be staying in San Diego and a home or business address for each in Mexico, (3) copies of official identification such as a driver's license, voter registration card, etc., (4) Mexican passport number (if applicable), (5) name(s) of any person(s) the witnesses know in the United States, (6) additional biographical information in addition to date of birth and (7) the name and telephone number of the person from your office who will be responsible for them while they are paroled in the United States, i.e. person accompanying each witness from the Port, person returning them to the Port, etc.

DHS asks for five business days to process the request. After the appropriate checks are completed, a letter of approval or denial is sent to my office.

Let me know if you have any questions,

Chris