**JOSEPH MCMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Attorneys for Ms. Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALMA LIDIA MARTINEZ-BERNAL Defendant. | Case No. 07CR2978-BTM<br>Date: January 15, 2008<br>Time: 1:00 p.m.<br>DECLARATION OF MS. MICHELLE ANDERSON |

I, Michelle Anderson, declare under penalty of perjury:

1. I am a private attorney in San Diego. I have practiced federal criminal law for the last seven years in the Southern District of California.

2. In the seven years I have practiced federal law, I sought parole approval for witnesses in several criminal cases.

2. The most recent case in which I sought parole approval was in the case of the United States v. Yolanda Gutierrez-Castro, Case Number 07CR0677. This case was tried in the Southern District of California in July, 2007 before the Honorable William Q. Hayes.

3. During the trial I sought parole approval for a witness.

4. The parole letter was approved by Assistant United States Attorney Jonathan

5.

Shapiro.

5. Brenda Leyva, acting as my investigator in the aforementioned case, brought the witness from the border to a hotel in downtown San Diego, California.

6. Other than the applications for entry on parole, the witness had no contact with government agents.

7. The witness were never shackled or handcuffed during her stay on parole for the trial.

8. The witness returned with Ms. Leyva to the United States/Mexico border two days later.

9. I have paroled in approximately a dozen witnesses in criminal cases in the Southern District of California during the last seven years. These cases were tried before the Honorable Judge Napoleon A. Jones (two different trials with paroled witnesses), Thomas J. Whelan (two different trials with paroled witnesses), and John A. Houston (one trial with paroled witnesses). In no case has any paroled witness been escorted by agents, shackled or handcuffed. In no case was this even suggested.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 1/15/08

MICHELLE D. ANDERSON