**JOSEPH MCMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Ms. Martinez

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALMA LIDIA MARTINEZ-BERNAL<br>Defendant. | Case No. 07CR2978-BTM<br><br>Date: January 15, 2008<br>Time: 1:00 p.m.<br><br><u>DECLARATION OF MR. JOSE LEANO</u> |

I, Jose Leano, declare under penalty of perjury:

1. I am an investigator at Federal Defenders of San Diego.
2. I was the investigator assigned to represent Jesus Cabrales-Beltran, case no. 07CR0490-WQH, in a trial in the Southern District of California.
3. During the trial we paroled in a witness.
4. The witness' name was Sergio Hernandez- Rojas.
5. His parole was approved by Assistant United States Attorney Jonathan Shapiro.
6. I, Jose Leano, an investigator at Federal Defenders of San Diego, brought Mr. Hernandez-Rojas from the border to the Federal Building located at 940 Front Street, San Diego on June 27, 2007.
7. Other than his application for entry on parole, Mr. Hernandez-Rojas was never in

contact with government agents.

8. Mr. Hernandez-Rojas was never shackled or handcuffed during his stay on parole for the trial.

9. Mr. Hernandez-Rojas was in the United States on parole for one day.

10. He left San Diego and returned with Mr. Jose Leano to the United States/Mexico border on June 27, 2007.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 1/15/08

JOSE LEANO