**JASON I. SER**
California Bar No. 201816
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666

Attorneys for Ms. Martinez-Bernal

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**ALMA MARTINEZ-BERNAL,**<br>Defendant. | Criminal No. 07cr2978-BTM<br><br>DECLARATION OF STEPHEN DEMIK |

I, Stephen Demik, hereby submit the following declaration in the above captioned case and state as follows under the penalty of perjury:

1. I am a licensed attorney in the State of California, Bar No. 221167.

2. I am employed at Federal Defenders of San Diego, Inc. as a trial attorney.

3. As part of my duties at Federal Defenders, I am charged with coordinating witness parole policies with the United States Attorney's Office and Immigration and Customs and Enforcement.

4. In October of 2007 I received a phone call and spoke at length with Special Agent Jorge Nieto of Immigration and Customs Enforcement, who wanted to coordinate witness parole policy with our office. After our conversation, Agent Nieto sent me an email and provided me with a template form attached as Exhibit A.

5. Special Agent Nieto explained to me that the process of paroling in witnesses for trial required a complete form, which was then sent to Washington, D.C. After approval, the parole paperwork would be forwarded to agents, who would arrange the transport of witnesses from the appropriate Port of Entry into the United States for trial.

6. Special Agent Nieto told me that witnesses who would be staying in the United States overnight would be released to Federal Defenders investigators, who could make arrangements for hotel accommodations in San Diego. Once trial was concluded, agents would provide transportation back to the Port of Entry.

7. In a phone conversation on January 15, 2008 I contacted Special Agent Nieto and confirmed that this was the current policy for paroling in witnesses for trial. Further, Agent Nieto informed me that shackling or handcuffing of witnesses would be appropriate only in cases where agents feared for their own safety.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 15 day of January, 2008.

Stephen D. Demik
Declarant

# EXHIBIT A



"Nieto, Jorge"
<jorge.nieto@dhs.gov>
10/29/2007 01:28 PM

To <stephen_demik@fd.org>
cc
bcc
Subject Significant Public Benefit Parole Request Documents

History: This message has been forwarded.

Stephen,

It was very informative speaking with you. I hope work out a system that can make the parole process as smooth as possible.

Please take into account that the minimum time needed to get a parole approved is two weeks. If you could put in as much information as possible in this document when sending it to the US Attorney Office, it would get the ball rolling.

<<PAROLE1 Template.doc>>

Jorge Nieto
Special Agent
Immigration and Customs Enforcement
SAC San Diego/Investigative Services Group
(619) 557-5341 ext. 690 (Office)
(619) 595-7842 (Fax)

CONFIDENTIALITY NOTICE: This document may contain confidential and sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by the Department of Homeland Security, U.S. Immigration and Customs Enforcement.

PAROLE1 Template.doc

# REQUEST FOR SIGNIFICANT PUBLIC BENEFIT PAROLE TEMPLATE

## Part A: Information on Applicant

**1. Name:**

_____ *(Last)*

_____ *(First)* _____ *(Middle)*

**2. Alien Number (A#)** **3. Date of Birth** **4. Gender (check one)**

**A** _____ _____ ☐**Male** ☐**Female**

**5. Aliases** **6. Country of Birth** **7. Country of Residence**

_____ _____ _____
_____
_____
_____

**8. Passport Number** **9. Country of Issuance** **10. Expiration Date** ***(mm/dd/yy)***

_____ _____ _____

## Part B: Need for Parolee

****Please check***

**1. Cooperating Source** ☐ **2. Witness** ☐ **3. Defendant** ☐

**4. Dependent _____ (relationship to cooperating source) _____**

**** If source is a dependent then a threat assessment must be included with this request, and proof of relationship.**

**5. Immigration Status Required:**
- ☐ **Initial Request** *(180 days unless otherwise justified)*
- ☐ **Re-Parole** *(extension, 180 days unless otherwise justified)*
- ☐ **Parole in Place** *(currently in US and not previously inspected)*
- ☐ **Deferred Action**
- ☐ **Multiple Entries** *(Justification must be submitted)*
- ☐ **Employment Authorization**

## Part C: Travel Information

****Note: All information must be completed***

**Expected date of travel to the U.S. (*mo., day, and yr.*) _____**

**Consulate or issuing Post (Abroad) _____**

**Port of Entry (*where subject will enter US; City, State*) _____**

**Location where Parolee will reside (*city, state, are required at minimum*)**

_____ **Apt. _____**

**City, State _____**

**Expected Departure Date: (*mo., day, yr*)* _____**

**Initial approval normally will not exceed 180 days. If this case requires a re-parole (extension), you may request through your agency headquarters. Any extension or changes in status are to be reported to the requesting agency headquarters POC, who in turn will notify DHS Parole and Humanitarian Assistance Branch. Please note that in accordance with the Significant Public Benefit Parole Annex DHS Parole and Humanitarian Assistance Branch* MUST *be notified of ALL re-paroles (extensions), and when the Alien departs the United States in accordance with the mandatory tracking requirements.*

## Part D: Requesting Agency Information

***Note: This information must be completed in order to receive consideration.***

1. **Requesting Agency:** **<u>Immigration & Customs Enforcement</u>**
2. **Case Agent (*first, last*):** _____
3. **Daytime telephone number (*include area code*) ( <u>619</u> ) _____- ______ Ext.** _____
4. **Fax number (<u>619</u>)** _____
5. **Signature** ________________________________________
6. **Group Supervisor name (*first, last*)** ____________________________________________
7. **Daytime telephone number (*including area code*) (<u>619</u>) _____- _____ext** _____
8. **Fax number (<u>619</u>)** _____
9. **Signature** _____________________________________
10. **Special Agent in Charge name (first, last) <u>Mike Unzueta</u>**
11. **Phone number: (<u>619</u>) <u>744-4600</u>**
12. **Fax number: (<u>619</u>) <u>557-5109</u>**
13. **Signature**______________________________

## Part E: Case Information

***Note: Please complete all information below.***

1. **Is Subject currently in the United States: ☐ Yes ☐ No**
2. **Subject's current Immigration Status:**
3. **Has Subject ever been deported/presently under deportation proceedings: ☐Yes ☐No**

   **(*if yes, where and when*) City, State:** _____

## Part F: Expedited Processing

If agency is requesting approval in less than 5 business days, complete the following and fax the form to Parole and Humanitarian Assistance Branch, 202-732-8201.

**Why is expedited approval necessary?**

**Are there any alternatives short of parole to address the immediate danger or emergency?**

## Part G: Specific Information pertaining to Parolee

**Please answer each question as completely as possible (attach additional sheet(s) if necessary)*

1. **Significance and value of Parolee to this case.**

_____

2. **Parolee's criminal involvement in this or any other case: (*Please attach or describe criminal and/or arrest record listing ALL criminal convictions*)**

_____

3. **Risk of Parolee to public safety and/or threat Parolee presents to national security. List and explain proposed security precautions if necessary.**

_____

4. **Financial responsibility for subject (*Please explain manner in which Parolee's living expenses will be met.*) Will Subject require a Work Authorization Document? If so please indicate**

_____

5. **Acquaintance/Relatives in the United States (*Please include name(s), relationship and current location, i.e City and State; attach additional sheet(s) if necessary)*)**

_____

6. **Is this request submitted for the protection of the alien? Yes☐_ No☐_(If yes please attach threat assessment)**

## Certification of Template/Notification

***As the group supervisor I understand that, should this parole be granted, it is MY responsibility to report the parolee's entry, and any subsequent changes in his/her parole status (i.e., departure, extension, or change in status to my headquarters, who will in turn notify DHS Parole and Humanitarian Assistance Branch.***

**Signature:**____________________________ **Date: (mm/dd/yy)**_____

**Print name:**_____