MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS ALMA LIDIA MARTINEZ-BERNAL

X Plaintiff ___ Defendant ___ Court Type of Hearing: JURY TRIAL

Case Number: 07CR2978-BTM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 1-14-08 | 1-14-08 | PHOTO OF CALEXICO EAST PORT OF ENTRY |
| 3 | 1-14-08 | 1-14-08 | PHOTO OF VEHICLE DRIVEN BY DEFT |
| 2 | 1-14-08 | 1-14-08 | PHOTO OF VEHICLE REGISTRATION IN NAME OF DEFT (MEXICAN) |
| 4 | 1-14-08 | 1-14-08 | PHOTO OF DASHBOARD W/GLOVE BOX REMOVED. |
| 6 | 1-14-08 | 1-14-08 | PHOTO OF SPARE TIRE |
| 8 | 1-14-08 | 1-14-08 | PHOTO OF MARIJUANA |
| 7 | 1-14-08 | 1-14-08 | PHOTO OF MARIJUANA ON THE REAR OF VEHICLE |
| 8 | 1-14-08 | 1-14-08 | PHOTO OF MARIJUANA ON TABLE |
| 12 | 1-15-08 | | BOX OF PERSONAL ITEMS |
| 13 | 1-15-08 | 1-15-08 | PURSE |
| 14 | 1-15-08 | 1-15-08 | CELL PHONE |
| 15 | 1-15-08 | 1-15-08 | TOYS R US BAG W/RECEIPT /SPIDERMAN OUTFIT |
| 10 | 1-15-08 | | VALUE CHART |
| 15R | 1-16-08 | | RECEIPT |
| 15T | 1-16-08 | | PRICE TAG |
| 16 | 1-16-08 | ID ONLY | MIRANDA WAIVER FORM(SPANISH) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

K:\COMMON\CRT_CLRK\MOSKOWIT\JURY\07CR2978-govtexhlist.wpd