MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS MARTINEZ-BERNAL

___ Plaintiff X Defendant ___ Court Type of Hearing: JURY TRIAL

Case Number: 07CR2978-BTM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 1-14-08 | 1-14-08 | REPORT WRITTEN BY ERNESTO CHONG |
| B | 1-15-08 | 1-15-08 | MEXICAN IDENTIFICATION |
| C | 1-15-08 | 1-15-08 | PAY STUBS |
| D | 1-15-08 | 1-15-08 | NOTES TAKEN BY TODD DAVIS |
| E | 1-15-08 | 1-15-08 | |
| F | 1-15-08 | 1-15-08 | PHOTO OF ENTRANCE TO DANCE HALL |
| G | 1-15-08 | 1-15-08 | PHOTO OF SIDE ENTRANCE TO DANCE HALL |
| H | 1-15-08 | 1-15-08 | CELL PHONE |
| I | 1-15-08 | 1-15-08 | PHOTO OF INSIDE OF DANCE HALL |
| J | 1-15-08 | 1-15-08 | PHOTO OF CAR |
| K | 1-15-08 | 1-15-08 | PHOTO OF TOYS R US/WALMART |
| L | 1-15-08 | 1-15-08 | PHOTO OF TOYS R US/WALMART |
| M | 1-15-08 | 1-15-08 | PHOTO OF POE |
| N | 1-15-08 | | ENVELOPE W/FOOD STAMPS FROM WORK/CALENDAR |
| O | 1-16-08 | | 3 PAGE DOCUMENT (TECS) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |