FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
ALMA LIDIA MARTINEZ-BERNAL,
Defendant.

Case No. 07cr2978-BTM

VERDICT

We, the jury in the above-captioned case, return the following unanimous verdict:

1. As to the charge in **Count 1** that:

On or about October 19, 2007, within the Southern District of California, defendant ALMA LIDIA MARTINEZ-BERNAL, did knowingly and intentionally import approximately 43.52 kilograms (approximately 95.74 pounds), of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of title 21, United States Code, Sections 952 and 960.

We find, ALMA LIDIA MARTINEZ-BERNAL NOT GUILTY
(not guilty or guilty)

///

2. As to the charge in **Count 2** that:

On or about October 19, 2007, within the Southern District of California, defendant ALMA LIDIA MARTINEZ-BERNAL, did knowingly and intentionally possess, with intent to distribute, approximately 43.52 kilograms (approximately 95.74 pounds), of marijuana, a Schedule I Controlled Substance; in violation of title 21, United States Code, Section 841(a)(1).

We find, ALMA LIDIA MARTINEZ-BERNAL NOT GUILTY
(not guilty or guilty)

SO SAY WE ALL

Dated: 1/17/2008

San Diego, California

[signature]
Foreperson of the Jury