MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS ALMA LIDIA MARTINEZ-BERNAL

___ Plaintiff ___ Defendant X Court Type of Hearing: JURY TRIAL

Case Number: 07CR2978-BTM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 1-17-08 | | NOTE FROM JURY |
| 2 | 1-17-08 | | JURY INSTRUCTIONS |
| 3 | 1-17-08 | | NOTE FROM JUROR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |